# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY THOMAS BARNETT, A/K/A
CORRY THOMAS BARNETT,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84747

**FILED**

JUN 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court minute order denying a motion for an order to void judgment. Because no statute or court rule permits an appeal from such an order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for an appeal). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                              Herndon

cc:    Hon. Mary Kay Holthus, District Judge
       Corey Thomas Barnett
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

22-17896